UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 2:06-00012 |
| | ) | Judge Haynes |
| RONALD C. POWELL | ) | |

### MOTION OF DEFENDANT RONALD C. POWELL
### FOR EARLY TERMINATION OF PROBATION SUPERVISION

*[Handwritten annotation: Okay the motion is unopposed and is GRANTED upon entry of this Order. /s/ [signature] 5-3-10]*

COMES NOW the Defendant, **Ronald C. Powell**, by and through his undersigned counsel, and pursuant to 18 U.S.C.§ 3564(c) & Fed R.Crim.P. 32.1(c), hereby respectfully requests that the Court enter an order discharging the Defendant from any further probation supervision. In support hereof, Defendant states as follows:

1. On November 19, 2008, this Court entered a *Judgment in a Criminal Case* and sentenced the Defendant to probation for a term of two (2) years and a $1,000 fine for his structuring financial transactions conviction. (Docket Entry 62).

2. Mr. Powell has been on probation supervision for the past fifteen (15) months without incident. Mr. Powell has been compliant with his supervision in all respects and he has paid his fine in full. His probation supervision is currently scheduled to end in November 2010.

3. Title 18, United States Code, Section 3564(c), contemplates early termination of probation supervision in appropriate cases.

> **(c) Early Termination-** The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time **after the expiration of one year probation in the case of a felony**, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. (emphasis supplied).